ERNEST V. DUNLEVIE, Appellant, *v.* JOHN R. DRONEY, Respondent.

Reported below, 149 App. Div. 930.
(Submitted October 7, 1912; decided October 15, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 18, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the time to appeal had expired prior to the date on which the appeal was taken and that the plaintiff had taken the

benefit of its judgment and thereby was concluded from taking any remedy inconsistent therewith.

*Allen J. Hastings* for motion.

*James McCormick Mitchell* opposed.

Motion denied, with ten dollars costs.